# EXHIBIT "A"








[Screenshot of Facebook page for "Ben Downey" showing profile with Friends, Photos, Videos tabs, About section with "No info to show", Favorites section with "No Pages to show", and a Photos section displaying a Magisterial District Judge 43-3-03 Non-Traffic Docket document.]







