# EXHIBIT "B"

# Pankaj Sharma Con Edison Engineer Molested and Harassed Woman

PANKAJ SHARMA CON EDISON ENGINEER FOUND GUILTY OF HARASSMENT

*Pankaj Sharma Con Edison Engineer harassed, molested and intentionally injured woman after she refused to have sex with him.*

## Pankaj Sharma Con Edison Engineer Found Guilty of Harassment



Pankaj Sharma Con Edison Engineer

### This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT



## This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

September 10, 2020

Pankaj Sharma, an engineer at Con Edison, was found guilty of harassment in Monroe County, Pennsylvania on Dec. 18th, 2019. Pankaj Sharma, 40, harassed, molested and intentionally injured a young woman after she refused to have sex with him. Sharma is married with two children and lives in Edison, NJ. Pankaj Sharma plead not guilty but was found guilty in MDJ court.

The victim told Sharma that she did not want to have sex with him. Sharma continued to touch and molest her despite the victim telling him not to touch her. In a fit of anger after the victim rejected his sexual and romantic advances,  Sharma intentionally injured the victim and caused long term nerve damage that the victim is still suffering from 16 months later.  Sharma became angry because he felt entitled to sex with the victim.

Sharma bragged about how smart, well-educated and good at his job he was. Sharma bragged about how great he was at massages. Sharma sent the victim an email where he asked the victim not to testify against him in court. Sharma called himself a "well educated professional from a decent background" in the email. Sharma boasted about his education, profession and social pedigree in the email because he seems to believe his education, profession and social pedigree entitled him not only to sex with the victim but also to committing a crime without any consequences.

Pankaj Sharma is currently on probation. He must undergo drug tests and meet with his probation officer biweekly. Assistant District Attorney David Marra enrolled Sharma into a pretrial diversionary program called accelerated

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

expunges his criminal record.

# Commonwealth of Pennsylvania v. Pankaj Sharma Court Summary

Pankaj Sharma Con Edison Engineer Found Guilty of Harassment

Download Court Summary PDF →



Magisterial District Court 43-3-03
Public Court Summary

Sharma, Pankaj
Edison, NJ 08820

DOB: 10/16/1979

Sex: Male
Eyes: Unknown
Hair: Unknown or Completely Bald
Race: Unknown/Unreported

Aliases: Pankat Sharma

Court: MDJ-43-3-03
Closed

MJ-43303-NT-0000348-2019
Arrest Date:
Last Action: Summary Trial
Next Action:

Processing Status: Completed

OTN:
Disp. Event Date: 12/18/2019
Last Action Date: 12/18/2019
Next Action Date:

| Statute | Grade | Description | Disposition | Counts |
|---------|-------|-------------|-------------|--------|

## This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

MDJS 1210                                              1                                      Printed: 09/10/2020  9:57:31PM

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these reports. Court summary report information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Magisterial District

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

# Commonwealth of Pennsylvania v. Pankaj Sharma Docket Sheet

Pankaj Sharma Con Edison Engineer Found Guilty of Harassment

Download Docket Sheet PDF >



## This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT

| | |
|---|---|
| 12/18/2019 | Case Balance Due |
| 12/18/2019 | Case Disposed/Penalty Imposed |
| 12/18/2019 | Awaiting Sentencing |
| 11/25/2019 | Awaiting Summary Trial |
| 11/25/2019 | Awaiting Scheduling |
| 11/12/2019 | Awaiting Plea |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Summary Trial | 12/18/2019 | 10:15 am | | Magisterial District Judge Daniel Kresge | Scheduled |

### DEFENDANT INFORMATION

**Name:** Sharma, Pankaj  
**Sex:** Male  
**Date of Birth:** 10/16/1979  
**Race:** Unknown/Unreported  

**Address(es):**  
**Home**  
Edison, NJ 08820

### CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Arresting Officer | Miller, Larry C. |
| Defendant | Sharma, Pankaj |

MDJS 1200  
Printed: 09/10/2020  9:57 pm

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

### This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

**ACCEPT**

# Download Court Docket Sheet

Commonwealth of Pennsylvania v. Pankaj Sharma Court Summary and Docket Sheet

PankajSharmaMDJCourtSummaryReport (pdf) ⤓

PankajSharmaMDJDocketSheet (pdf) ⤓

# Pankaj Sharma's LinkedIn Profile

**LINKEDIN PROFILE**

Copyright © 2020 - All Rights Reserved.

This website uses cookies.

We use cookies to analyze website traffic and optimize your website experience. By accepting our use of cookies, your data will be aggregated with all other user data.

ACCEPT