# EXHIBIT "C"

Home / Our Businesses

# Our Businesses

Con Edison's principal business segments are Consolidated Edison Company of New York, a regulated electric, gas, and steam utility; Orange & Rockland Utilities (O&R), a regulated electric and gas utility; Con Edison Clean Energy Businesses, Inc., and Con Edison Transmission, Inc.

**Con Edison of New York** provides electric service to approximately 3.3 million customers and gas service to approximately 1.1 million customers in New York City and Westchester County. The company also provides steam service in parts of Manhattan. Visit Con Edison's website.

**Orange & Rockland** provides electric service to more than 300,000 customers in southeastern New York and adjacent areas of northern New Jersey and gas service to 130,000 customers in southeastern New York. Visit Orange & Rockland's website.

**Con Edison Clean Energy Businesses**, through its three main subsidiaries, develops, owns, and operates renewable and energy infrastructure assets and provides energy-related products and services to wholesale and retail customers.

**Con Edison Solutions** is an energy services company that provides renewable energy, sustainability services, cost-effective energy efficiency solutions, demand response, and energy performance contracting. Visit Con Edison Solutions' website.

**Con Edison Development** develops, owns, and operates renewable and energy infrastructure. It is one of the largest solar owners and operators in North America. Visit Con Edison Development's website.

**Con Edison Energy** is an experienced power marketer and asset manager, providing customized energy-management services to a broad range of clients. Visit Con Edison Energy's website.

**Con Edison Transmission** invests in electric and natural gas transmission projects that offer customers access to diverse, low-cost energy supplies. Visit Con Edison Transmission's website.

**Our Businesses**
Con Edison of New York
Orange & Rockland
Con Edison Energy
Con Edison Solutions
Con Edison Transmission

**For Investors**
Annual Reports
Get Financial Report Alerts
Presentations & Webcasts

**For Media**
Press Releases
Get Financial Report Alerts
Con Edison Media Center

**About Us**
Our Businesses
Corporate Governance
Stock & Dividends

**Contact Us**
Contact Us

Accessibility Policy    © 2016 - 2020 Consolidated Edison Company of New York, Inc. All Rights Reserved.

 
# About Orange & Rockland

| 15% | 308k | 1,300 | 1,100+ |
|---|---|---|---|
| Natural Gas Delivered | Electric Customers Served | Square Miles Served | Employees |

Located in the northwestern suburbs of New York City, our electric and gas service provides energy for 745,000 people in six counties in New York and northern New Jersey. Founded as the Rockland Light & Power Co. in Nyack, NY in 1899, we merged with Orange and Rockland Electric Company in 1958 and became Orange and Rockland Utilities, Inc. With our subsidiary, Rockland Electric Company, we became wholly owned by Consolidated Edison, Inc. in 1999.

We're constantly looking toward the future and exploring ways to innovate and take advantage of developing technology. But more than anything, we're listening to you and working hard to give you cleaner, more efficient energy choices, and more control over when and how you use your power.



**Orange & Rockland Service Territory.** O&R — Electric · O&R — Gas and Electric · RECO — Electric
Orange & Rockland Service Territory map showing New York and New Jersey counties where we offer electric and gas service.

## Our History

Orange and Rockland Utilities, Inc. was born as the Rockland Light and Power Company in Nyack, N.Y. in 1899 when E.R. Bradley organized the company from a number of smaller gas and electric companies.

The original approach became the blueprint for the company's growth through the next 100 years.

At the same time Rockland Light and Power was organized in Nyack, a smattering of tiny gas companies and electric companies also were organized in the Rockland County villages of Haverstraw, Spring Valley and Suffern. In relatively short order, all of these smaller companies were merged into Rockland Light and Power.

In 1912, those mergers caught the interest of the Charles H. Tinney Company of Boston, which promptly purchased the growing concern.

Tinney also purchased the Rockland Electric Company of New York, organized in 1893 in Hillburn, and the Rockland Electric Company, organized in 1899 in Closter, N.J. Shortly thereafter, the Tinney Company merged all its New York companies into the Rockland Light and Power Company. The New Jersey property became the Rockland Electric Company, a wholly owned subsidiary of Rockland Light and Power.

The same growth that took place in Rockland County was underway in Orange County. Several small gas companies and electric companies were springing up and by 1923, many of those companies had been merged into the Orange County Public Service Company, Inc. (Pike County Light & Power Company, now O&R's Pennsylvania subsidiary, was organized as a subsidiary of Orange County Public Service in 1911.)

In 1926, Tinney purchased Orange County Public Service and merged it into Rockland Light and Power Company, making it a formidable regional powerhouse.

The other prominent regional utility company, Orange and Rockland Electric Company grew in much the same fashion. It merged with the Goshen Light and Power Company, the Warwick Valley Light and Power Company, the Buttermilk Falls Electric Company of Highland Falls and the Tuxedo Electric Company.

In 1958, the Rockland Light and Power Company merged with Orange and Rockland Electric Company, took its name and became the modern corporation Orange and Rockland Utilities, Inc.

In 1999, Orange and Rockland Utilities, Inc. and its subsidiaries, followed the familiar merger pattern that had brought it much success and became a wholly owned subsidiary of Consolidated Edison, Inc.

## Our Service Pledge

Through our Service First program, we pledge to provide first-rate customer service in the two key service commitments:

**We pledge to keep all mutually agreed upon appointments.** If we can't make it, we'll call you and reschedule at least 24 hours ahead of time. The only exceptions are gas leaks, severe weather events or other emergencies in our service territory that prevent us from keeping our appointments with you.
**Note:** On a day that is affected by a severe weather event or other emergency, the appointment will be considered cancelled. Examples of severe weather events include hurricanes, tornadoes, flash floods and blizzards.

**We pledge to present or correct inaccurate meter readings or billing.** We're proud of our 99% accuracy rate in reading meters. But we also know no one likes mistakes that become "wrong" bills later. In the event we fall short of this goal, we promise immediate resolution.

If we fall short of these performance standards, we'll correct it hassle-free and give you a $25 energy bill credit. Contact us.

Have a question or feel there's something we need to know? Get in touch.

---

### Have questions?

Have Orange & Rockland Utilities questions? We have answers.
CONTACT US

### For Investors

Orange & Rockland is a subsidiary of Consolidated Edison, Inc. (NYSE: ED), one of the nation's largest investor-owned energy companies with approximately $12 billion in annual revenues and $47 billion in assets.
LEARN MORE

### Save Energy and Money

Get tips for small things that can have a big impact on your energy use.
EXPLORE TIPS

### How We Source Our Energy

We get our energy from all over the country and are constantly looking for ways to make our production more sustainable.
SEE HOW

### Building a Sustainable Future

Learn about our focus on safety and the environment, operation excellence, our customers, and the communities we serve.
READ OUR SUSTAINABILITY REPORT

### Our Commitment to Integrity

Our Standards of Business Conduct define the ways we do our work.
READ MORE (PDF)

RATE THIS INFORMATION HELPFUL?

**Outages**
Outage Status
View Outage Map
Filing a Claim for Damages or Losses

**Safety**
Report an Emergency
Gas Safety
Contact Us to Dig Safely
Carbon Monoxide Safety
Our Transmission Pipeline Integrity Management Plan
Electric Safety

**About Us**
Company Information
Careers
Diversity at Orange & Rockland
Media Center
Regulatory Guidance & Oversight
Federal Energy Regulatory Commission Information
Pike County Light & Power
Sustainability Report
O&R's Online Community

**FAQ**
Frequently Asked Questions
How to Submit a Meter Reading

**Contact Us**
Contact Us

**For Residential Customers**
Project Center - Remodeling and Upgrade Services
Tips for Lowering Your Energy Bill
Save with Rebates and Incentives
Energy Saving Programs
Energy Saving Tools

**For Small & Medium Businesses**
Project Center - Building and Renovation Services
Tips for Lowering Your Energy Bill
Save with Rebates and Incentives
Energy Saving Programs

**For Commercial & Industrial Customers**
Project Center - Building and Renovation Services
Save with Rebates and Incentives
Demand Response Programs
Aggregated Building Energy Consumption Data

**Business Partners**
Become a Partner or an Energy Supplier
Market Solutions
Interval Meter Services
Environmental Health & Safety Compliance Regulations
Supply Chain
Transmission Planning and System Information
Stakeholder Engagement

**Investors**
Consolidated Edison Stocks
S&C Filings (2)
Financial Press Release
Stock Quote

**Rates & Tariffs**
New York Rates & Tariffs
New Jersey Rates & Tariffs

**Community Affairs**
Community Partnerships
Apply for a Nonprofit Grant
For Teachers & Students
Our Storm Recovery Plan
Rate Credit for NJ Interrupted Service Program

**Municipalities**
Municipal Outage Information
Municipal Resource Service
Road Opening Permit Process
System Map

**Social**
FACEBOOK
TWITTER
LINKEDIN

Privacy Statement · Accessibility Policy · Terms of Service · Hoteldeel · © 2014-2020 Orange and Rockland Utilities, Inc.