UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PANKAJ SHARMA,<br><br>                   Plaintiff,<br><br>     v.<br><br>VIVIAN LIU,<br><br>                   Defendant. | Civil Action No. 20-cv-20268-MCA-AME<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the motion [D.E. 20] filed on October 25, 2021 by Daniel Szalkiewicz & Associates, P.C., counsel of record for Defendant Vivian Liu ("Defendant"), to withdraw as counsel pursuant to Local Civil Rule 102.1, and requesting a 90-day stay of the case "so that defendant may obtain new counsel"; and it

**APPEARING** that on October 27, 2021, attorney David D. Lin, Esq. of Lewis & Lin, LLC filed a notice of substitution of counsel entering an appearance on behalf of Defendant [D.E. 22], and it further

**APPEARING** that the withdrawal motion and request for a stay [D.E. 20] are moot as a result of Mr. Lin's appearance on behalf of Defendant; and for good cause shown,

**IT IS** on this 29th day of October 2021,

**ORDERED** that the Clerk of Court shall administratively terminate D.E. 20 as moot.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ *André M. Espinosa*
　　　　　　　　　　　　　　　　　　　　　　　　ANDRÉ M. ESPINOSA
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge