

August 25, 2022

*VIA ECF*

Hon. Andre M. Espinosa
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room MLK 2D
Newark, NJ 07101

**RE:** *Sharma v. Liu*
     Docket No. 2:20-cv-20268-MCA-MAH

Dear Judge Espinosa:

    Please be advised that the parties in the above matter have entered into a confidential settlement agreement to resolve all claims. Dismissal papers will be filed with the Court in short order.

    Your Honor's assistance in guiding the parties to a resolution is greatly appreciated. Thank you.

Respectfully submitted,

*/s/Samuel B. Fineman*            */s/Elena Fast*
SAMUEL B. FINEMAN, ESQUIRE        ELENA FAST, ESQUIRE
Counsel for Plaintiff, Pankaj Sharma    Counsel for Defendant, Vivian Liu