## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **PANKAJ SHARMA,** | : | |
| *Plaintiff,* | : | |
| v. | : | Civil Action No. 20-20268 |
| **VIVIAN LIU** | : | NOTICE OF MOTION |
| *Defendant.* | : | |

**PLEASE TAKE NOTICE** that Plaintiff, **PANKAJ SHARMA**, will move before the Honorable Madeline Cox Arleo, U.S.D.J. on July 3, 2023, for an Order **GRANTING** Plaintiff's Motion to Seal.

s/ Samuel B. Fineman
_____
Samuel B. Fineman, Esquire
NJ Bar ID: 005381999
Cohen Fineman, LLC
1999 Marlton Pike East, Suite 4
Cherry Hill, NJ 08003
(856) 304-0699
Attorney for Plaintiff

Date: May 21, 2023