# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **PANKAJ SHARMA,** | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Civil Action No. 20-20268 |
| | : | |
| | : | |
| **VIVIAN LIU** | : | **STATEMENT IN LIEU OF BRIEF** |
| | : | **PURSUANT TO LOCAL** |
| *Defendant.* | : | **CIVIL RULE 7.1(d)(4)** |
| | : | |
| | : | *Electronically Filed* |

Pursuant to Local Civil Rule 7.1(d)(4), no brief in support of the motion brought by Plaintiff Pankaj Sharma for the entry of an Order to Seal is necessary because the factual and legal basis for the relief sought herein are set forth in the Proposed Findings of Fact and Conclusions of Law, the Declaration of Samuel B. Fineman, Esquire and Declaration of Plaintiff Pankaj Sharma.

Dated:  May 21, 2023                              Respectfully submitted,

                                                  s/ Samuel B. Fineman
                                                  Samuel B. Fineman, Esquire
                                                  NJ Bar ID: 005381999
                                                  Cohen Fineman, LLC
                                                  1999 Marlton Pike East, Suite 4
                                                  Cherry Hill, NJ 08003
                                                  (856) 304-0699
                                                  Attorney for Plaintiff