**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **PANKAJ SHARMA,** | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Civil Action No. 20-20268 |
| | : | |
| | : | |
| **VIVIAN LIU** | : | **NOTICE OF MOTION** |
| | : | |
| *Defendant.* | : | |
| | : | **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that Plaintiff, **PANKAJ SHARMA**, will move before the

Honorable Madeline Cox Arleo, U.S.D.J. on May 6, 2024, for an Order **GRANTING** Plaintiff's

Partial Motion to Seal.

/s/ Samuel B. Fineman
Samuel B. Fineman, Esquire
NJ Bar ID: 005381999
Cohen Fineman, LLC
1999 Marlton Pike East, Suite 4
Cherry Hill, NJ 08003
(856) 304-0699
Attorney for Plaintiff

Date: April 8, 2024