**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**


**PANKAJ SHARMA,**                                    :
                                                      :
          *Plaintiff,*                            :
                                                      :
    v.                                     :          Civil Action No. 20-20268
                                                      :
                                                      :
**VIVIAN LIU**                                        :          **Declaration of Pankaj Sharma**
                                                      :          **in Support of Partial Motion to Seal**
                                                      :
        *Defendant.*                           :
                                                      :


I, **PANKAJ SHARMA**, declare as follows:

1.    I am the Plaintiff, Pankaj Sharma. I am fully familiar with the facts and documents set forth herein.

2.    I make this Certification in support of the Partial Motion to Seal.

3.    On October 27, 2020, the undersigned, by and through counsel, filed a Verified Complaint and Order to Show Cause seeking, among other forms of relief, injunctive relief.  The Verified Complaint speaks for itself and therefore is not set forth herein or attached hereto.

4.    Based on information and belief the matter was transferred to federal court on or about December 23, 2020. However, the state court documents remain accessible to the public.

5.    The Confidential Information that I seek to seal contains or refers to allegations contained within the pleadings that are confidential in nature and include court records that were ultimately expunged but are still discoverable through a public search. Additionally, the pleadings included my medical details, employment and education history, social media information, personal photographs, my home address and family details that would become

easily searchable. The perpetual public disclosure of the confidential information poses a substantial risk of irreparable, professional and personal harm to me.

6.      The referenced court documents (Docket Nos. 1, 6,7,8,10,15 and 24) include confidential information (i.e. Pennsylvania court-expunged records and medical details.)

7.      It should be noted that per N.J.S.A. 2C:52-30, "any person who reveals to another the existence of an arrest, conviction or related legal proceeding with knowledge that the records and information pertaining thereto have been expunged or sealed is a disorderly person."

8.      If these records continue to be disclosed to the public, it will cause serious injury to me mentally, physically and professionally.

9.      Professionally, I am well known in my field and the continued publication of expunged documents poses a risk to me professionally.

10.     Moreover, I am on medical treatment and the continued publication of these expunged details presents a serious health condition for me.

11.     I can provide medical records and an expert report to the Court under seal if required.

12.     I was not unaware that the court-listing websites extract court documents and publishes them online during the case.

13.     Upon my request, court listing websites have temporally redacted my name from the documents.

14.     The only method to permanently remove the records from their system is to have a court seal order.

15.     Perpetual public disclosure of the information would disseminate highly confidential and private information and will likely cause a serious injury to me mentally, physically and professionally.

16.     First, I originally filed a Motion to Seal in the New Jersey Superior Court because that is where the case was originally filed. The case was removed to federal court by Defendant.

17.     The Superior Court had no objection to sealing the case and per the Superior Court's April 15, 2023 Order, "[t]he motion is denied for lack of jurisdiction because this matter has been removed to Federal court. If the Federal court orders that the file be sealed or that the complaint be redacted or deleted from the file, this Court will comply with the order."

18.     Thus the delay in filing a motion in federal court was due to the fact that I filed originally in the Superior Court and was waiting for that decision.

19.     I have a large personal community that encompasses interactions that include my wife and children.

20.     Given the sensitive nature of the allegations as set forth in this matter, I have an interest in privacy that substantially outweighs a presumption that court and administrative records are open for perpetual public inspection.

I declare that the foregoing statements made by me are true to the best of my present information, knowledge, and belief. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.


Dated: April 8, 2024                    By: /s/Pankaj Sharma
                                            Pankaj Sharma