# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **PANKAJ SHARMA,** | : | |
| *Plaintiff,* | : | |
| v. | : | Civil Action No. 20-20268 |
| **VIVIAN LIU** | : | **NOTICE OF MOTION** |
| *Defendant.* | : | |
| | : | **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that Plaintiff, **PANKAJ SHARMA**, will move before the Honorable Madeline Cox Arleo, U.S.D.J. on August 5, 2025, for an Order **GRANTING** Plaintiff's Motion to Seal.

/s/ Samuel B. Fineman
Samuel B. Fineman, Esquire
NJ Bar ID: 005381999
Semanoff Ormsby Greenberg & Torchia, LLC
2617 Huntington Pike,
Huntingdon Valley, PA 19006
(215) 887-0200
Attorney for Plaintiff

Date: July 1, 2025