# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **PANKAJ SHARMA,** | : | |
| *Plaintiff,* | : | |
| v. | : | Civil Action No. 20-20268 |
| **VIVIAN LIU** | : | **STATEMENT IN LIEU OF BRIEF PURSUANT TO LOCAL CIVIL RULE 7.1(d)(4)** |
| *Defendant.* | : | |
| | : | *Electronically Filed* |

Pursuant to Local Civil Rule 7.1(d)(4), no brief in support of the motion brought by Plaintiff Pankaj Sharma for the entry of an Order to Seal the record is necessary because the factual and legal bases for the relief sought herein are set forth in the Proposed Findings of Fact and Conclusions of Law, the Declaration of Samuel B. Fineman, Esquire and Declaration of Plaintiff Pankaj Sharma.

Dated: July 1, 2025

Respectfully submitted,

s/ Samuel B. Fineman
Samuel B. Fineman, Esquire
NJ Bar ID: 005381999
Semanoff Ormsby Greenberg & Torchia, LLC
2617 Huntington Pike,
Huntingdon Valley, PA 19006
(215) 887-0200
Attorney for Plaintiff